## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**SIRCHARLES DUSESOI #720218**    **CIVIL ACTION NO. 22-cv-5445**
                                  **SEC P**

**VERSUS**    **JUDGE TERRY A. DOUGHTY**

**RAYMOND LABORDE CORRECTIONAL**    **MAGISTRATE JUDGE PEREZ-**
**CENTER ET AL**    **MONTES**

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, and having thoroughly reviewed the record, noting the absence of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 6] is **DISMISSED WITHOUT PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this the 13th day of March 2023.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**